UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

MARIGOLD FOODS INC., A
Delaware corporation,

Plaintiff,

vs.

CV 01-2125 RHK/JMM

**ORDER**

DREYER'S GRAND ICE CREAM, INC.

Defendant.

---

This action having been filed three months or more, and service not yet perfected, this court must assume this case has been settled, therefore,

Unless plaintiff's counsel provides this court with a summons served upon all parties within 20 days of this date, this case will be dismissed.

Dated: April 8, 2002

**RICHARD H. KYLE**, Judge
United States District Court

FILED APR 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK